UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HUGH KELLEY GILLIAM )<br>    Plaintiff(s) )<br>)<br>v. )<br>)<br>)<br>GILES COUNTY JAIL, et al. )<br>    Defendant(s) ) | Civil Action No. 1:17-0035<br>Judge Crenshaw / Frensley |

## REPORT AND RECOMMENDATION

The undersigned previously entered an Order on July 5, 2017 (Docket Entry No. 14), requiring Plaintiff to file with the Court a written statement informing the Clerk's Office of his current address. The Order required Plaintiff to file such explanation within ten (10) days of the date of entry of that Order, and it also stated in pertinent part, "If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice."

As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order. The Court notes that the July 5 Order was Returned to Sender "Not Here". Docket No. 15. Therefore, the undersigned recommends that this action be dismissed without prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any

response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge