# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| HUGH KELLEY GILLIAM, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:17-cv-00035 |
| | ) CHIEF JUDGE CRENSHAW |
| GILES COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 16.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 13) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE